

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-82

FIRST CARE MEDICAL CLINIC, INC.,

    Plaintiff,

v.

POLYMEDCO, INC.,

    Defendant..

## ORDER GRANTING MOTION
## FOR ADMISSION *PRO HAC VICE*

THIS MATTER is before the Court upon the Motion for Admission *Pro Hac Vice* filed by Bradley R. Kutrow and Helms Mulliss & Wicker, PLLC, requesting that Nelson E. Canter of the New York Bar and New Jersey Bar be admitted to appear as counsel for Defendant in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that Nelson E. Canter be granted special admission to the Bar of this Court and the he be allowed to appear in this civil action as attorney of record for the defendant along with co-counsel, Bradley R. Kutrow, who is a member in good standing of the Bar of this Court, and Helms Mulliss & Wicker, PLLC.

This the 15th day of July, 2005.

_____
DAVID C. KESSLER
UNITED STATES MAGISTRATE JUDGE

C726627.1